FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L

2009 JAN 14 PM 12: 19

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUAN PERNELL VERRETTE | CIVIL ACTION |
| VERSUS | NO. 08-1200 |
| CHARLOTTE RANDOLPH - LAFOURCHE PARISH PRESIDENT, ET AL. | SECTION: "F"(1) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion for entry of default, Rec. Doc. 15, is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's claims are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 13th day of JAN, 2009.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____